# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

2007 APR 30 A 9:16

| | | |
|---|---|---|
| **LATASA HINSON** | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-361 WKW |
| **WEBSTER LOGISTICS,** | § | |
| Defendant. | § | **DEMAND FOR JURY TRIAL** |

## COMPLAINT

**COMES NOW** the Plaintiff, Latasa Hinson, pro se, and doth complain against the above-named Defendant, as follows:

### I.

### JURISDICTION

1. Plaintiff, Latasa Hinson, files this Complaint, institutes these proceedings, and invokes the jurisdiction of this Court under and by virtue of the Act of Congress known as Title VII of the **Civil Rights Act of 1964**, (42 U.S.C. § 2000(e) et seq.), as amended by the 1991 Civil Rights Act, and 42 U.S.C. 1981a to obtain equitable relief, the costs of suit, and an award of back pay and damages suffered by the Plaintiff, Latasa Hinson, caused by the Defendants' discrimination against Plaintiff Latasa Hinson, due to her race, and due to unlawful retaliation discrimination practiced against her by the Defendant.

1

## II.

## **PARTIES AND VENUE**

2. The named Plaintiff, Latasa Hinson, is a citizen of the United States, a resident of Montgomery County, Alabama, and is 29 years of age.

3. The named Defendant Webster Logistics (hereinafter "Webster") is an Alabama corporation, located at 5402 Lamco Street, Montgomery, Alabama 36117.

## III.

## **STATEMENT OF FACTS RELATED TO PLAINTIFF LATASA HINSON**

4. Plaintiff Latasa Hinson was employed by Defendant Webster for the past five (5) years. Plaintiff Latasa Hinson was a loyal employee and dedicated worker for Defendant as a packer, and most recently as an office clerk.

5. Plaintiff Hinson avers that she been unfairly disciplined for violating policy and procedure of Defendant Webster, while white co-workers, who have committed the same or similar violations, receive no disciplinary action.

6. Plaintiff Hinson further avers that white employees are regularly chosen over African-American employees to receive more favorable work schedules, and receive additional remunerative part-time hours, while African American employees are sent home.

7. Plaintiff Hinson avers that her supervisor at Defendant Webster has

ridiculed and/or insulted her in front of customers, and written her up erroneously. Plaintiff Hinson has also been sent home without pay in front of the office staff. One incident involving an incorrect write up of Plaintiff Hinson that even resulted in the supervisor being disciplined.

8. Plaintiff Hinson avers that she has been subjected to a cold and hostile working environment, due to her race. Plaintiff states that the manager often yelled loudly at her, snatched paperwork out of her hands, and threw paper on her desk. The manager has also made negative gestures toward Plaintiff Hinson and slammed her desk drawers, while Plaintiff Hinson was at her desk.

9. Plaintiff Hinson maintains that she is the only African-American employee in the front office out of approximately ten (10) staff members, and that she is singled out whenever there is a problem in the area.

10. Plaintiff Hinson further states that her 40 hour work week was cut to 25 hours per week for a period of approximately 1 3/4 years, during 2005 and 2006. Plaintiff was told by Defendant Webster that there wasn't enough work. However, a white co-worker's relative was hired, and given a portion of Plaintiff Hinson's work.

11. Plaintiff Hinson has complained to the human resource department of Defendant Webster, and while it was determined that the manager of Plaintiff Hinson had acted out of line on several ocassions, Plaintiff Hinson was still subjected to discrimination, based on her race.

12. Plaintiff Hinson alleges that there ware no group meetings to decide which

staff member would leave work early, when there was no work to perform. Instead, Plaintiff Hinson was told regularly to go home, due to the lack of work. Originally, Plaintiff Hinson was brought in to replace another black receptionist on the verge of being terminated. Plaintiff's work hours then became 7 a.m. to 3:30 p.m. Plaintiff Hinson further received no training for the position she took over. However, when a relative of a white co-worker was hired part - time, Plaintiff was given hours to train with staff members.

13. Plaintiff Hinson avers the she is victim of race discrimination and unlawful retaliation, in violation of Title VII, 42 U.S.C. Section 2000 (e). Plaintiff avers that her rights under 42 U.S.C. Section 1981 have also been violated. Plaintiff Hinson avers that she has suffered intense mental and emotional anguish, and continues to suffer the same.

14. Plaintiff Hinson notified the Equal Employment Opportunity Commission's Birmingham District Office regarding the discrimination she suffered, and herein alleged, and filed a charge of race and retaliation discrimination (Number 420-2006-05186) dated September 29, 2006. A right to sue letter was issued on February 7, 2007 and received on approximately February 13, 2007.

## IV.

## PLAINTIFF HINSON'S CAUSE OF ACTION
## VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

15. Plaintiff Hinson repeats, realleges and incorporates by reference paragraphs 1-14 above, the same as if more fully set forth herein, and further avers that Defendants have discriminated against her, due to her black race.

16. Plaintiff Hinson avers that Defendant's aforesaid actions violated Title VII of the **Civil Rights Act of 1964**, (42 U.S.C. § 2000(e) et seq.), as amended by the 1991 Civil Rights Act, and 42 U.S.C. 1981a.

17. Plaintiff Hinson avers that she has suffered economic damages, including a loss of pay and benefits, as a proximate cause of said race discrimination. Plaintiff Hinson avers that the race discrimination practiced against Plaintiff was willful, thus causing Plaintiff mental anguish and emotional pain and suffering.

18. Plaintiff Hinson further avers that she has pursued, and has exhausted, her administrative remedies.

## PRAYER FOR RELIEF

WHEREFORE, premises considered, Plaintiff Hinson prays that this Honorable Court will, upon a final hearing of this cause, enter an order:

a. Awarding Plaintiff Hinson such damages to which she he may be entitled;

    b.    Awarding Plaintiff Hinson her costs in this action; and

    c.    Granting Plaintiff Hinson such other, further and different relief to which she may be entitled.

## V.

## PLAINTIFF HINSON'S CAUSE OF ACTION FOR RETALIATION IN VIOLATION OF 42 U.S.C. SECTION 2000 (e) and 42 U.S.C. SECTION 1981

20.    Plaintiff Hinson repeats, realleges and incorporates by reference paragraphs 1-19 above, the same as if more fully set forth herein, and further avers that Defendants have discriminated against her, in retaliation for her reporting race discrimination and an unfair, cold and hostile working environment.

21.    As herein alleged, Defendants illegally retaliated against Plaintiff by subjecting Plaintiff to unjust discipline and harassment, and by ultimately causing Plaintiff Hinson to lose approximately 15 hours per week of work, because Plaintiff reported this race discrimination. Each of said acts of retaliation are in violation of Title VII (42 U.S.C. Section 2000 e) and 42 U.S.C. Section 1981.

22.    As a direct and proximate result of Defendant's willful, knowing and intentional discrimination and retaliation against her, Plaintiff has suffered, and will continue to suffer, emotional pain and suffering, extreme and severe mental anguish, and emotional distress. Therefore, the Plaintiff is

entitled to whatever monetary damages she can prove at trial.

23. As a direct and proximate result of Defendant's actions, Plaintiff has been compelled to retain the services of counsel to enforce the terms and conditions of the relationship with Defendants, and has thereby incurred, and will continue to incur, legal fees and costs, the full nature and extent of which are presently unknown to her. Plaintiff will therefore seek leave of Court to amend this Complaint in that regard when the same shall be fully and finally ascertained.

Submitted this __30__ day of April, 2007.


**A JURY TRIAL IS REQUESTED ON ALL ISSUES SO TRIABLE.**

Respectfully submitted,

*Latasa Hinson*
Latasa Hinson
Pro Se

6318 Xenia Street
Montgomery AL
36117
(334) 233-1612

**VERIFICATION**

Before me, the undersigned Notary Public, appeared Latasa Hinson, known to me, who, after being duly sworn, did state the foregoing Complaint is true and correct in every particular, on this the ____ day of April, 2007.

_____
Latasa Hinson

_____
NOTARY PUBLIC

7

# Attachment

Case 2:07-cv-00361-WKW-WC   Document 1-2   Filed 04/30/2007   Page 1 of 4

EEOC Form 161 (3/98)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Latasa Hinson<br>6318 Xenia Street<br>Montgomery, Alabama 36117 | From: | EEOC<br>Birmingham District Office -420<br>Ridge Park Place<br>1130 22nd Street, South<br>Birmingham, Alabama 35205 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420 2006 05186 | Rita W. Sterling, Investigator | (205) 212-2060 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Delner Franklin-Thomas*         2-7-07

Enclosure(s)    **Delner Franklin-Thomas, District Director**         (Date Mailed)

cc:    Jamie Johnston<br>
HASKELL/SLAUGHTER<br>
305 South Lawrence Street<br>
Montgomery, Alabama 36104

Enclosure with EEOC
Form 161 (3/98)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (5/01)

|  |  |
|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:  Agency(ies) Charge No(s):<br>☐ FEPA<br>☒ EEOC   420-2006-05186<br>and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Latasa Hinson** | Home Phone (Incl. Area Code)<br>(334) 213-6487 | Date of Birth<br>10-31-1977 |
|---|---|---|

Street Address                     City, State and ZIP Code
**6318 Xenia Street, Montgomery, AL 36117**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**WEBSTER LOGISTICS** | No. Employees, Members<br>15-100 | Phone No. (Include Area Code)<br>(334) 260-8090 |
|---|---|---|

Street Address                     City, State and ZIP Code
**5402 Lamco Street, Montgomery, AL 36117**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address                     City, State and ZIP Code

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-15-2006   Latest: 09-15-2006
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with the above named employer In August 2002. I was employed as a packer. I am now in the position of office clerk. On a continuous basis with the last date being September 15, 2006, I have been discipline for violating policy and procedure. My white co-workers are committing the same and/or similar violations with no disciplinary action being taken. The black employee are told that there is not enough work and sent home. However, the white employees are allowed to continue working, and white part-timers are being called-in to work. The white employees with less experience and seniority are also given more favorable work schedules.

I believe I have been discriminated against because of my race, black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED
EEOC
OCT 2 2006
BIRMINGHAM DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 9/29/2006    *Latasa D. Hinson*<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |