IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LATASA HINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-00361-WKW |
| | ) |
| WEBSTER LOGISTICS, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to the magistrate judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 10th day of May, 2007.

                                          /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE