IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LATASA HINSON, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:07cv361-WKW |
| ) | |
| v. ) | |
| ) | |
| WEBSTER LOGISTICS, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Plaintiff has filed a Complaint (Doc. #1) commencing this action, as well as a motion to proceed *in forma pauperis* (Doc. #2). Upon consideration of the motion, it is

ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. #2) is DENIED without prejudice. This court determines that based upon the information provided Plaintiff has sufficient funds with which to pay her application fee. It is further

ORDERED that plaintiff has thirty days, or until June 11, 2007, to pay the filing fee or her case will be dismissed.

Done this 14th day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE