IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LATASA HINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-00361-WKW |
| ) | |
| WEBSTER LOGISTICS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On May 14, 2007, the magistrate judge Ordered (Doc. # 4) that Latasha Hinson's ("Plaintiff") Motion to Proceed *In Forma Pauperis* be denied, and that she pay the full filing fee by June 11, 2007, or have her action against Webster Logistics be dismissed. As of June 25, 2007, the plaintiff has failed to remit the required filing fee. It is therefore ORDERED that plaintiff's Complaint (Doc. # 1) is DISMISSED without prejudice for failure to pay the requisite filing fee.

DONE this 26th day of June, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE